IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM L. PATTON, JR. FAMILY
LIMITED PARTNERSHIP, LLLP, ET AL.                                PLAINTIFFS

vs.                    CASE NO. 4:04CV1477GH

SIMON PROPERTY GROUP, INC., ET Al.                               DEFENDANTS

## ORDER

On motion of defendants, for good cause shown, and without objection, the discovery cutoff date is extended to August 9, 2005.

IT IS SO ORDERED this 22nd day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE