IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM L. PATTON, JR. FAMILY
LIMITED PARTNERSHIP, LLLP, ET AL.                               PLAINTIFFS

vs.                      CASE NO. 4:04CV1477GH

SIMON PROPERTY GROUP, INC., ET Al.                              DEFENDANTS

## ORDER

Pending before the Court is defendants' motion to vacate the amended notice of deposition. Plaintiffs noticed the deposition of a Rule 30(b)(6) witness to address certain matters. Defendants contend that the amended notice, served by facsimile on July 27, 2005, for a deposition on July 29th is untimely. Defendants further contend that gathering the necessary information with only two days' notice is an impossibility.

Plaintiffs counter that defendants' counsel did not confer with plaintiffs' counsel before filing their motion, as required by Local Rule 7.2(b), and that the motion should be denied on that basis alone. Plaintiffs further state that the matters to be addressed are not complex and that the burden on defendants is minimal. They seek to pin down dates, the identity of individuals and the authenticity of certain documents. If the matters cannot be handled by stipulation, the information can be obtained by a short telephonic deposition.

The Court has reviewed the information requested. The items are specific and defendants should not be unduly burdened by having to provide it.

Accordingly, the motion to vacate the amended notice of deposition is denied.

IT IS SO ORDERED this 28th day of July, 2005.

                                                            *George Howard, Jr.*
                                                         UNITED STATES DISTRICT JUDGE