IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM L. PATTON, JR. FAMILY
LIMITED PARTNERSHIP, LLLP, ET AL.                                PLAINTIFFS

vs.                                CASE NO. **4:04V1477GH**

SIMON PROPERTY GROUP, INC., ET AL.                               DEFENDANTS

### ORDER

On August 25, 2005, the Court appointed S. Porter Brownlee to serve as a court-appointed expert in this case. The Court further provided that the parties would pay for Mr. Brownlee's compensation in equal proportion.

Rule 706(b) provides that compensation of the court-appointed expert is to be paid by the parties in the proportion and at such time as the Court directs. The Court may order payment as the expert renders services. *See* 29 Charles Alan Wright & Victor James Gold, *Federal Practice and Procedure* § 6305. *See also United States Marshals Serv. v. Means,* 741 F. 2d 1053, 1058 (8th Cir. 1984) (plain language of Rule 706(b) permits court order party or parties to advance fees and experts for experts that it appoints).

Mr. Brownlee has submitted the attached interim statement of fees and expenses he has incurred to date. The Court has reviewed the statement and is persuaded that compensation requested is reasonable. The parties are directed to submit their share of the compensation ($11,321.22) to Mr. Brownlee within twenty days of the date of this Order. The Clerk is directed to provide a copy of this Order to Porter Brownlee, 1501 N. Pierce, Little Rock, AR 72207.

IT IS SO ORDERED this ___30___ day of October, 2006.

_____George Howard, Jr._____
UNITED STATES DISTRICT JUDGE

# BCC
## Brownlee Construction Consultants

1501 North Pierce, Suite 103
P.O. Box 3553 • Little Rock, AR. 72203
501-666-9401 • 501-666-9402 (fax)
spb3bcc@sbcglobal.net (email)

**STATEMENT**

RECEIVED
CHAMBERS OF
GEORGE HOWARD, JR.

OCT 27 2006

U.S. DISTRICT JUDGE

October 25, 2006

United States District Court
Eastern District of Arkansas, Western Division
600 West Capitol Avenue
Little Rock, AR 72201

      Re: William L. Patton, Jr. Limited Partnership, LLLP, et al,
          Vs. Simon Property Group, Inc., et al.

Professional services:
  78.25 hours @ $210.00,                                                    $16,432.50
  August 29 – October 25, 2006.

Expenses:
| | |
|---|---|
| Garner Engineering, PA | 1,015.00 |
| Pettit & Pettit Engineers | 5,045.00 |
| Reproductions | 130.23 |
| Mileage, 41 @ $.48 | 19.68 |

                                                                                     6,209.91

TOTAL AMOUNT DUE:                                          $22,642.41

_____
S. Porter Brownlee

**Garner Engineering PA**
9300 Professor Drive
Little Rock, AR 72227
501-225-8181
October 15, 2006

                          Brownlee Construction Consultants
                          Mr. Porter Brownlee
                          P.O. Box 3553
                          Little Rock, Arkansas  72203

REFERENCE:        University Mall
                         Consultation
                         Little Rock, AR

                              INVOICE AND STATEMENT
                            9/10/2006 through 9/22/2006

PROFESSIONAL SERVICES AND FEES

| | | |
|---|---|---|
| Principal Engineer | 8.5 hours @ $90 | $765.00 |
| Platform Lift Rental | | $250.00 |

                          TOTAL CHARGES
                                                                  $1,015.00

**Payment Due 15 Days From Date Of Invoice.**
**Thank You.**

**Pettit & Pettit Consulting Engineers, Inc.**
Heritage West Bldg, Suite 400
201 East Markham Street
Little Rock, AR  72201-1642

**Invoice Date:** 10/06/06
**Invoice No.:** 5725

**Federal ID: 71-0528987**

**To:** Mr. Porter Brownlee
Brownlee Construction Consultants
P.O. Box 3553
Little Rock, AR  72203

**Re:** Our Job No. 06-130
University Mall
Electrical Renovation
Assessment
Little Rock, Arkansas

Professional engineering services provided on the referenced project and is a billing for all time accumulated through October 1, 2006.

| | |
|---|---:|
| Principal:  26 hours @ $150.00/hour | 3900.00 |
| Sr. Designer:  10 hours @ $110.00/hour | 1100.00 |
| Clerical:  1 hour @ $45.00/hour | 45.00 |
| **BALANCE DUE>>>>>>>>>>>>>>** | **$ 5045.00** |

Thank You