IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM L. PATTON, JR. FAMILY
LIMITED PARTNERSHIP, LLLP, ET AL.                                    PLAINTIFFS

vs.                                     CASE NO. **4:04CV1477GH**

SIMON PROPERTY GROUP, INC., ET AL.                                   DEFENDANTS

**ORDER**

Pending before the Court is defendants' motion for summary judgment and motion in limine with regard to Section 8.1. of the Lease. Plaintiffs do not make a separate claim under Section 8.1 of the lease; therefore, there is no basis for entry of judgment on a non-existent claim. Furthermore, the Court is not persuaded that evidence of section 8.1 of the lease should be excluded. The Court can determine its relevancy when considering plaintiffs' claim under Section 5.3 of the lease.

The Court requested that the Court's expert Porter Brownlee provide two opinions. After Mr. Brownlee has submitted the information to the Court and the parties, the parties will have eleven days to submit post-trial briefs and proposed findings of fact and conclusions of law. The parties will then eleven days thereafter to submit responses to the opposing parties' briefs and proposed findings and conclusions.

Accordingly, the motion for summary judgment and the motion in limine is denied. The Clerk is directed to provide a copy of this Order to Porter Brownlee, 1501 N. Pierce, Little Rock, AR 72207.

IT IS SO ORDERED this 21st day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-