**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIAM L. PATTON, JR. FAMILY
LIMITED PARTNERSHIP, LLLP, ET AL.**                                    **PLAINTIFFS**

vs.                                               **4:04CV01477-WRW**

**SIMON PROPERTY GROUP, INC., ET AL .**                                   **DEFENDANTS**

## JUDGMENT

Based on the Memorandum Opinion and Order entered on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment is hereby entered in favor of Plaintiffs against Defendants, jointly and severally, for all relief ordered in this case. As the prevailing parties, Plaintiffs are entitled to recover their attorneys' fees and costs from Defendants. Accordingly, Plaintiffs should file their petition for attorneys' fees and their bill of costs within fourteen days after entry of this judgment.

All previous orders of the Court in this case are merged into, and made final by, this judgment. The Court maintains jurisdiction of this matter to enforce this judgment.

IT IS SO ORDERED this 28th day of June, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE