IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM L. PATTON, JR. FAMILY LIMITED                    PLAINTIFFS
PARTNERSHIP, LLLP, an Arkansas limited liability
limited partnership, and SOUTHERN REAL
ESTATE AND FINANCIAL CO., a Missouri corporation

v.                              No. 4:04-CV-1477 WRW

SIMON PROPERTY GROUP, INC.,                              DEFENDANTS
a Delaware corporation, and
SIMON PROPERTY GROUP, L.P.,
a Delaware limited partnership

*ORDER GRANTED.*
*IT IS SO ORDERED*
*W. R. Wilson*

## JOINT MOTION TO DISSOLVE INJUNCTION, TO VACATE JUDGMENT, TO VACATE AWARD OF ATTORNEYS' FEES AND COSTS, AND TO DISCHARGE SPECIAL MASTER

All parties to this case jointly move the Court to dissolve the permanent injunction issued on June 28, 2007, to vacate the judgment entered on that same date, to vacate the order awarding attorneys' fees and costs entered on August 3, 2007, and to discharge the Special Master. In support of their motion, the parties state that:

1. On June 28, 2007, the Court entered the Memorandum Opinion and Order, including a permanent injunction, the Order Appointing Special Master, and the Judgment in this case. On August 3, 2007, the Court entered its order awarding attorneys' fees and costs to plaintiffs.

2. The parties appealed from the judgment and the orders.

3. The parties have resolved their differences and have caused the appeals to be dismissed with prejudice. The United States Court of Appeals for the Eighth Circuit has returned its mandate to this Court.

4. The parties wish to have the permanent injunction dissolved, the judgment vacated, the award of attorneys' fees and costs vacated, and the Special Master discharged. After the Special Master's final statement for services and expenses is paid, the parties anticipate filing a joint motion to have all claims in the case dismissed with prejudice. Plaintiffs have assigned their rights in this litigation to a third party, which has instructed plaintiffs to file this motion.

5. The parties request that the Court instruct the Special Master to submit his final statement for services and expenses to defendants, so that they may pay that statement, and to discharge the Special Master from any further duties in this case.

WHEREFORE, the parties jointly pray that the Court dissolve the permanent injunction issued in this case, vacate the judgment entered in this case, vacate the order awarding attorneys' fees and costs, instruct the Special Master to submit his final statement for services and expenses to defendants, and discharge the Special Master from any further duties in this case.

DATED: October 11, 2007.

    SHULTS LAW FIRM, LLP
    200 West Capitol Avenue, Suite 1600
    Little Rock, AR 72201-3637
    (501) 375-2301

    By:    /s/ Steven Shults
            Robert Shults, Ark. Bar No. 53024
            rshults@shultslaw.com

            Steven Shults, Ark. Bar No. 78139
            sshults@shultslaw.com

            Debra K. Brown, Ark. Bar No. 80068
            dbrown@shultslaw.com

    *Attorneys for Plaintiffs*