IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM L. PATTON, JR. FAMILY LIMITED**            **PLAINTIFFS**
**PARTNERSHIP, LLLP,** *et al.*

**v.**            **4:04-CV-01477-WRW**

**SIMON PROPERTY GROUP, INC.,** *et al.*            **DEFENDANTS**

## ORDER

Pending is the Parties' Joint Motion to Dismiss With Prejudice (Doc. No. 285). The Motion is GRANTED and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 28th day of December, 2007.

                                             /s/ Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE