**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIAM L. PATTON, JR. FAMILY LIMITED**            **PLAINTIFFS**
**PARTNERSHIP, LLLP,** *et al.*

**v.**            **4:04-CV-01477-WRW**

**SIMON PROPERTY GROUP, INC.,** *et al.*            **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of December, 2007.

                                                   /s/ Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE